UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK
2018 MAY 12  AM 11: 44

------------------------------------X

KEVIN D. SMITH,
    Plaintiff,

v.

PAT ENGINEERING ENTERPRISES
CO., WWL,
    Defendant.

------------------------------------X

APPLICATION TO PROCEED
WITHOUT PAYMENT OF FEES
OR COSTS

CV17-2908

Case No.:

GERSHON, J.

REYES, M.J.

**APPLICATION IS HEREBY MADE** to proceed in the above-referenced matter without payment of fees or costs, including filing fees, pursuant to 33 U.S.C. §918(a).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice has been served via first-class U.S. mail, electronic mail, and/or CM/ECF on this 8th day of May, 2017, to: Scott A. Decius, Esq., Counsel for Defendant, Decius Law Firm, P.C., 23265 Northwestern Highway, Southfield, MI 48075-7707.

Respectfully submitted,

        BARNETT, LERNER, KARSEN & FRANKEL, P.A.
        2860 Marina Mile Boulevard, Suite 105
        Fort Lauderdale, Florida 33312
        (954) 920-7400
        (954) 920-9492 facsimile
        sam@barnettandlerner.com

By: _____
        SAMUEL S. FRANKEL, JR., ESQ.
        Fla. Bar No.: 146730
        Counsel for Plaintiff